# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:11-CR-141-RLH (CWH) |
| | ) | |
| DAVID TORRES, | ) | |
| | ) | |
| Defendant. | ) | |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on January 13, 2012, defendant DAVID TORRES pled guilty to a One-Count Criminal Indictment charging him in Count One with Possession of a Firearm by a Convicted Felon in violation of Title 18, United States Code, Section 922(g)(1). Docket #1, #22.

This Court finds defendant DAVID TORRES agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Indictment and agreed to in the Plea Memorandum. #1, #22.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between the property set forth in the Forfeiture Allegation of the Criminal Indictment and the Plea Memorandum and the offense to which defendant DAVID TORRES pled guilty. #1, #22.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

      a.    a Black Keltec, CNC Industries P11, semi-automatic handgun, serial number 04626; and

1                 b.      any and all ammunition ("property").

2        This Court finds the United States of America is now entitled to, and should, reduce the

3 aforementioned property to the possession of the United States of America.

4        NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the

5 United States of America should seize the aforementioned property.

6        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of

7 DAVID TORRES in the aforementioned property is forfeited and is vested in the United States of

8 America and shall be safely held by the United States of America until further order of the Court.

9        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America

10 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture

11 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state

12 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state

13 the name and contact information for the government attorney to be served with the petition,

14 pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

15        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be

16 filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

17        IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,

18 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the

19 following address at the time of filing:

20           Michael A. Humphreys
            Assistant United States Attorney
21           Daniel D. Hollingsworth
            Assistant United States Attorney
22           Lloyd D. George United States Courthouse
            333 Las Vegas Boulevard South, Suite 5000
23           Las Vegas, Nevada 89101.

24 . . .

25 . . .

26 . . .

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property. |

DATED this 17th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE