# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 2:11-cr-141-RLH-CWH |
| DAVID TORRES, | ) | |
| Defendant. | ) | **ORDER** |

The court granted William Carrico's "Motion to Withdraw as Counsel and for Appointment of New Counsel" (#30) on May 2, 2012 (#31). Therefore;

IT IS HEREBY ORDERED that Todd M. Leventhal, Esq. is appointed as counsel in place of the Federal Public Defender David Torres for the purpose of appeal.

IT IS FURTHER ORDERED that the Federal Public Defender shall forward the file to Mr. Leventhal forthwith.

DATED this  2nd  day of May, 2012.

Nunc Pro Tunc: May 2, 2012.

_____
ROGER L. HUNT
United States District Judge